IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMMY EARL ADAMS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:21-cv-416-ECM |
| | ) |
| ALABAMA BOARD OF PARDONS AND PAROLE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION and ORDER

On October 4, 2022, the Magistrate Judge entered a Recommendation (doc. 30) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 30) is ADOPTED.

2. The Defendants' motion to dismiss (doc. 26) is GRANTED to the extent that it seeks a dismissal with prejudice but DENIED to the extent that it seeks taxation of costs.

3. The Plaintiff's claims are DISMISSED with prejudice.

4. No costs are taxed against the Plaintiff.

5. This case is DISMISSED.

A separate Final Judgment will be entered.

DONE this 20th day of October, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE